IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 1:12cr21-SPM

REINALDO CABEZA MANREZA,

　　　　Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

**PURSUANT TO** the Report and Recommendation (doc. 25) of the United

States Magistrate Judge, to which there have been no timely objections, and

subject to the Court's consideration of any Plea Agreement pursuant to Federal

Rule of Criminal Procedure 11, the plea of guilty of the Defendant, **REINALDO**

**CABEZA MANREZA**, to Count One of the Indictment is hereby ACCEPTED.  All

parties shall appear before this Court for sentencing as directed.

　　　　SO ORDERED this 17th day of July, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge